FILED
NOV - 1 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR No. CR 06 114ML |
| | ) | In Violation of |
| MARCUS A. TRIMBLE | ) | 18 U.S.C. § 2113(a) |
| | ) | |

INDICTMENT

The Grand Jury charges:

COUNT I

On or about July 20, 2006, in the District of Rhode Island, the Defendant, MARCUS A. TRIMBLE, by intimidation did knowingly take from the person and presence of another money, namely approximately $916.00 (nine hundred and sixteen dollars), belonging to and in the care, custody, control, management, and possession of Sovereign Bank, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation.

All in violation of 18 U.S.C. § 2113(a).

COUNT II

On or about August 3, 2006, in the District of Rhode Island, the Defendant, MARCUS A. TRIMBLE, by intimidation did knowingly take from the person and presence of another money, namely approximately $2,966.00 (two thousand, nine hundred and sixty-six dollars), belonging to and in the care, custody, control, management, and possession of Washington Trust Bank, a bank whose deposits were then insured by the Federal Deposit Insurance

Corporation.

All in violation of 18 U.S.C. § 2113(a).

COUNT III

On or about August 28, 2006, in the District of Rhode Island, the Defendant, MARCUS A. TRIMBLE, by intimidation did knowingly take from the person and presence of another money, namely approximately $5,000.00 (five thousand dollars), belonging to and in the care, custody, control, management, and possession of Westerly Community Credit Union, a credit union whose deposits were then insured by the National Credit Union Administration.

All in violation of 18 U.S.C. § 2113(a).

A TRUE BILL:

REDACTED

ROBERT CLARK CORRENTE
United States Attorney

STEPHANIE S. BROWNE
Assistant U.S. Attorney

LUIS M. MATOS
Assistant U.S. Attorney
Criminal Chief

DATE FILED: 1 Nov 06