1248297

AO 442 (Rev. 5/93) Warrant for Arrest

RECEIVED
NOV 02 2006
US MARSHALS
RHODE ISLAND

# United States District Court

## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

MARCUS A. TRIMBLE

**WARRANT FOR ARREST**

CASE NUMBER: CR 06-114ML

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest MARCUS A. TRIMBLE
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

BANK ROBBERY

in violation of Title 18 United States Code, Section(s) 2113(a)

Martha Saucier
Name of Issuing Officer

Deputy Clerk
Title of Issuing Officer

[signature]
Signature of Issuing Officer

November 1, 2006, Providence, RI
Date and Location

Bail fixed at $ __________ by __________
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| at ACI on writ; returned to ACI | | |
| DATE RECEIVED 11/02/2006 | NAME AND TITLE OF ARRESTING OFFICER Robert D. Young DUSM | SIGNATURE OF ARRESTING OFFICER [signature] |
| DATE OF ARREST 11/07/2006 | | |

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.