```
CRIM T132677DEC2106  0612  ADD    1261999   9842  DPTRF      NEXT SCREEN  CRIM
                                                    CRIMINAL BOOKING SCREEN #1
                                                      mmm dd ccyy
 Booking-No & Sufx  990572   01   CPD Booking Date  JAN 26 1999  & Time  1030
Last Name  JONES               First & MI  MARCUS A        Genr
                                  mmddccyy
Race  B  Sex  M  Age  22  DOB  10121976  Wgt 230  Hgt  63  Hair  BLK  Eye  BRN
Street Address  1409 #B HYATT AVE
City  COLUMBIA              State  SC  Zip Code  29203
Soc-Sec-No            0   Drv.Lic. Number                       & State  SC
Bkng-Off#   9529  & Name  BROWN JE                         mmddccyy
Arst-Off#      1  & Name  SUMTER CR         Arrest Date  01251999
Serv-Off#      1  & Name  XXXXXXXXX         Served Date  01261999
 Inv-Off#      0  & Name
Scheduled Court Date  01271999  Session  1  Type  CD  Docket Pg   2 Ln 13
  Orignal Court Date  01271999  Session  1  Type  CD
 Trial Type Requested  YY  <-- Must Be NO, BP, CT, JT, PH, GS, RS, or YY
CPD ID#              CMPN  N   Warrant No.  G025814    Case No.  992768
Charge Code  PYD   Violation  MAL INJ TO REAL PROP        #Counts   1
Section Violated  16-11-520     State Offense - Y or N  Y   Step Code  NO
In Jail Date  00000000   Alt-Sentc-Hrs    0   Alt-Srvd-Hrs    0
Suspended D/L Date  00000000   AFL Date  00000000
  ######## IF THIS IS LAST ENTRY FOR THIS BOOKING NUMBER ENTER -Y- #######
FOR MORE DATA ENTER AN X (INQUIRY ONLY)     990572  01  @
```

CRIM2T13267SDEC2106 0612 INQ 990572 01 NEXT SCREEN CRIM2
CRIMINAL BOOKING SCREEN #2

Booking-No & Sufx 990572 01 S.T.P. Number :

Fined Amount 500.00 Days 30 Years 0 Days Served :

Suspd Amount 0 Days 0 Years 0 In Traffic School : N

Disposition ; GLT Date : JAN 27 1999 Compact Code N Date mmddccyy 00000000

Condition of Sentence JUDGE'S INITIALS LJ

Receipt Number Date mmddccyy Amount 0

Refund Number : Date : Amount :

Bond Type : Amount : Company : Deposit Date :

Release Type : Date : Agency : Appeared : N

Jail Payout : Amount Paid 0 Amount Owed 895.00

ENTER AN X HERE TO RETURN TO THE CRIMINAL BOOKING ENTRY SCREEN