LEXSTAT CODE OF LAWS OF SOUTH CAROLINA 16-13-520

SOUTH CAROLINA CODE OF LAWS ANNOTATED BY LEXISNEXIS(R)

*** THIS DOCUMENT IS CURRENT THROUGH ALL LEGISLATION ENACTED IN 2006 ***
*** ANNOTATIONS CURRENT THROUGH DECEMBER 21, 2006 ***

TITLE 16. CRIMES AND OFFENSES
CHAPTER 13. FORGERY, LARCENY, EMBEZZLEMENT, FALSE PRETENSES AND CHEATS
ARTICLE 2. PERSONAL FINANCIAL SECURITY ACT

**GO TO SOUTH CAROLINA ARCHIVE DIRECTORY**

*S.C. Code Ann. § 16-13-520* (2006)

§ 16-13-520. Venue.

In a criminal proceeding brought pursuant to this article, the crime is considered to have been committed in a county in which a part of the financial identity fraud took place, regardless of whether the defendant was ever actually in that county.

**HISTORY:** 2000 Act No. 305, § 1.