FEB 0 5 2007

CITY OF COLUMBIA
SOUTH CAROLINA
MUNICIPAL COURT / P.O. BOX 644 / COLUMBIA, S.C. 29202 / 803 / 545-3150 FAX 803 / 733-8433

## LETTER OF DISPOSITION

**Defendant's Name** Marcus A Gomes

**Warrant/Ticket No.** G025834 **Date of Violation** 1/26/99

**Charge** Mal Inj to Real Property

**Disposition of Case** Guilty TIA

**Sentence**

**Condition(s)**

**Court Date** 1/27/99 **Session** 0001 **Page** – **Line** –

**Honorable Judge** Jenkins **presided at the hearing.**

**Certified by** [signature]

**Title** Clerk

**Date** 1/31/07

**Seal**

CERTIFIED A TRUE COPY
[signature]
GLADYS L. BROWN
COURT ADMINISTRATOR

CITY OF COLUMBIA
SOUTH CAROLINA
MUNICIPAL COURT / P.O. BOX 644 / COLUMBIA, S.C. 29202 / 803 / 545-3150 FAX 803 / 733-8433

## LETTER OF DISPOSITION

Defendant's Name Marcus A. Jones

Warrant/Ticket No. G025824 Date of Violation 1/25/99

Charge Mal. dmg. to Real Prop

Disposition of Case Guilty

Sentence $500.00 + cc = $895.00 or 30 Days

Condition(s) ______

Court Date 1/27/99 Session 0001 Page – Line –

Honorable Judge Jenkins presided at the hearing:

Certified by D Davis

Title Clerk

Date 1/9/07

CERTIFIED TRUE COPY
Gladys L. Brown AD
Gladys L. Brown
Municipal Court Administrator

Seal

WARNTT194533FEB0607 0702 INQ JAN 25 1999 12592 WARNT NEXT SCREEN WARNT
WARRANT SCREEN #1

Warrant Number G025834 Issue Date JAN 25 1999

Warrant Type A A=Arrest T=Traffic C=Criminal S=STP J=Jury R=Restitution
Incident No. 99-2768 Booking/Warrant No. STP No.
Defendant Last Name JONES First & Mid MARCUS A Gen
Defendant AKA Letom First & Mid
Sex M Race B Height 6 3 Weight 230 Age 0 D.O.B. 10121976
SSN 0 DL State DL No. mmddccyy
Address : Street No. 1409B Dir Name HYATT Type AV
Apartment No. Complex Phone No. 0
City COLUMBIA State SC Zip Code 29203
Affiant Last Name SMITH First & Mid LUTHER O
Address : Street No. 3909 Dir Name PALMETTO Type AV
Apartment No. Complex Phone No. 2562194
Prim Wtns Last Name First & Mid mmddccyy
Off Responsible No 0 Name SUMPTER, CR & Date 01251999
Off Serving P/R No 1 Name XXXXXXXXX Served Date 01261999
Judge's Name Restitution Name

To inquire on the second part of this warrant enter an X and XMIT INQ @

CERTIFIED A TRUE COPY:
GLADYS L. BROWN
COURT ADMINISTRATOR

RNT2T194532FEB0607 0702 INQ NEXT SCREEN WRNT2
WARRANT SCREEN #2

arrant Number G025834 Magistrate Code 403003 Agency Code SC0400100
ine Amount/Days 0 / 0 Restitution Amount 0
ourt Date and Time Appeared? Y/N Docket Pg/Ln
harge Code PYD Section Violated 16-11-520 Violation Date 01241999
iolation Description MAL INJ TO REAL PROPERTY Community Service Y/N

W A R R A N T D E S C R I P T I O N

COMPLAINANT STATES AT 3909 PALMETTO AVE, APT #C-12, COLA, SC., THE DEFENDANT USING UNKNOWN OBJECTS BROKE OUT THE REAR KITCHEN WINDOW OF APARTMENT LISTED ABOVE WHICH IS NOT OCCUPIED AT THE PRESENT TIME. ALTHOUGH NOTHING WAS TAKEN, THE DEFENDANT DID TRASH THE APARTMENT LEAVING, CIGARETTE BUTTS, AND CONDOMS. COMPLAINANT OBSERVED DEF RUNNING AWAY FROM THE APARTMENT WHEN HE ARRIVED. THE DEFENDANT WAS DETAINED A FEW BLOCKS FROM INCIDENT LOCATION. DEF WAS ARRESTED AND TRANSPORTED TO RCDC.

ocation Code WS & Description WARRANT SECTION
arrant Withdrawn or Void Ans - Y Y Withdrawn Date 01261999
eason not served SERVED mmddccyy
emarks LE
emarks
Disposition Disposition Date JAN 27 1999 Arrested Date JAN 25 1999
o Inquire on the first part of this warrant enter X and XMIT INQ

CERTIFIED A TRUE COPY
GLADYS L. BROWN
COURT ADMINISTRATOR

```
CRIM T132677DEC2106  0612  ADD    1261999    9842  DPTRF     NEXT SCREEN  CRIM
                                                    CRIMINAL BOOKING SCREEN #1
                                                      mmm dd ccyy
 Booking-No & Sufx  990572    01   CPD Booking Date  JAN 26 1999  & Time  1030
Last Name  JONES              First & MI  MARCUS A        Genr
                                  mmddccyy
Race  B  Sex  M  Age  22  DOB  10121976  Wgt 230  Hgt  63  Hair  BLK  Eye  BRN
Street Address  1409 #B HYATT AVE
City  COLUMBIA             State  SC  Zip Code  29203
Soc-Sec-No          0  Drv.Lic. Number                           & State  SC
Bkng-Off#   9529  & Name  BROWN JE                       mmddccyy
Arst-Off#      1  & Name  SUMTER CR        Arrest Date  01251999
Serv-Off#      1  & Name  XXXXXXXXX        Served Date  01261999
 Inv-Off#      0  & Name
Scheduled Court Date  01271999   Session  1   Type  CD   Docket Pg    2 Ln 13
  Orignal Court Date  01271999   Session  1   Type  CD
 Trial Type Requested  YY   <-- Must Be NO, BP, CT, JT, PH, GS, RS, or YY
CPD ID#              CMPN  N    Warrant No.  G025834     Case No.  992768
Charge Code  PYD   Violation  MAL INJ TO REAL PROP         #Counts   1
Section Violated  16-13-520      State Offense - Y or N  Y   Step Code  NO
In Jail Date  00000000   Alt-Sentc-Hrs    0   Alt-Srvd-Hrs    0
Suspended D/L Date  00000000   APL Date  00000000
  ########  IF THIS IS LAST ENTRY FOR THIS BOOKING NUMBER ENTER -Y- #######
FOR MORE DATA ENTER AN X (INQUIRY ONLY)       990572  01
```

CRIM2T132678DEC2106 0612 INQ 990572 01 NEXT SCREEN CRIM2
CRIMINAL BOOKING SCREEN #2

Booking-No & Sufx 990572 01 S.T.P. Number :

Fined Amount 500.00 Days 30 Years 0 Days Served :

Suspd Amount 0 Days 0 Years 0 In Traffic School : N

mmddccyy

Disposition : GLT Date : JAN 27 1999 Compact Code N Date 00000000

Condition of Sentence JUDGE'S INITIALS LJ

mmddccyy

Receipt Number Date Amount 0

Refund Number : Date : Amount :

Bond Type : Amount : Company : Deposit Date :

Release Type : Date : Agency : Appeared : N

Jail Payout : Amount Paid 0 Amount Owed 895.00

ENTER AN X HERE TO RETURN TO THE CRIMINAL BOOKING ENTRY SCREEN @