UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

vs. CA 06-114ML

MARCUS A. TRIMBLE

ORDER

The Government is hereby ordered to file its response to the defendant's Motion to have restitution order deferred. Said response will be filed on or before **April 18, 2008.**

SO ORDERED

Mary M. Lisi
Mary M. Lisi
Chief United States District Judge
March 27, 2008

Entered as an Order of this Court on March 27, 2008.

Barbara Barletta
Deputy Clerk