IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No.: 1:06CR00114-01ML |
| MARCUS TRIMBLE | ) | |
| Defendant | ) | |
| | ) | |

**GOVERNMENT'S SECOND MOTION FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO HAVE RESTITUTION ORDER DEFERRED**

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Milind M. Shah, Assistant United States Attorney, and hereby moves the Court to extend to May 9, 2008 the time by which the Government must file its response to defendant's motion to have restitution order deferred. As grounds for this request, the Government states that the Financial Litigation Unit within the United States Attorneys Office has been working with the Bureau of Prisons to obtain records that may reflect the Defendant's ability to participate in the Inmate Financial Responsibility Program. Legal counsel for the Bureau of Prisons has requested a second short extension which would allow him time to gather and review those records allowing the government to provide more substantive information for the Court to consider in connection with the government's response.

Since the defendant is not currently participating in the IFRP, an extension should not prejudice him in any way.

WHEREFORE, the government respectfully requests and extension up to an including May 9, 2008 to respond the Defendant's Motion to Have Restitution Order Deferred.

Respectfully submitted,

UNITED STATES OF AMERICA,
Defendant

ROBERT CLARK CORRENTE
United States Attorney

/s/ Milind M. Shah
MILIND M. SHAH
Assistant United States Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5017 (fax)
Email: milind.m.shah@usdoj.gov

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 23rd day of April, 2008, I electronically filed the within Motion for Extension of Time with the Clerk of the United States District Court for the District of Rhode Island, using the CM/ECF System. The Notice of Appearance was forwarded to following participant via first class mail:

Marcua A. Trimble
Reg# 05811-070
U.S.P. Canaan
P.O Box 300
Waymart, PA 18472

/s/ Milind M. Shah
MILIND M. SHAH
Assistant United States Attorney