**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **Plaintiff,** | : | **1:06-CR-00114-ML** |
| | : | |
| **v.** | : | |
| | : | **(Chief Judge Lisi)** |
| **MARCUS A. TRIMBLE,** | : | |
| | : | |
| **Defendant.** | : | |

**DECLARATION OF JOHN E. WALLACE**

I, John E. Wallace, do hereby declare and state as follows:

1. I am currently employed by the United States Department of Justice, Federal Bureau of Prisons ("BOP"), as an attorney at the Federal Correctional Complex at Allenwood, Pennsylvania. I have been employed with the BOP since June 2003.

2. As an attorney with the Federal Bureau of Prisons, I have access to information maintained in the Bureau of Prisons' SENTRY computer system. In addition, I have access to documents, files, and electronic records pertaining to federal inmates at USP Canaan in Waymart, Pennsylvania. I have reviewed the motion that Inmate Trimble, fed. reg. no. 05811-070, has filed in the above-captioned matter. Trimble is currently incarcerated at USP Canaan.

3. In my investigation of Trimble's claims I have relied upon records that are kept in the ordinary course of the business of managing inmates. Attached hereto are true, accurate, and correct copies of the following records concerning Inmate Trimble:

A. Public Information Inmate Data report,

B. Inmate Work History Report,

C. DHO Officer Report,

D. Administrative Remedy Generalized Retrieval,

E. Inmate Financial Responsibility Program Records, and

F. Statement of Inmate Trust-Fund Account.

In addition to these records, I have personal experience working in facilities operated by the BOP, including USP Canaan. Jobs that pay more than mere maintenance pay are available for inmates at USP Canaan, but an inmate must participate in the Financial Responsibility Program (*See* attachment G – PROGRAM STATEMENT 538.008, Financial Responsibility Program, Inmate (1/27/2000) to obtain these jobs.

I declare that the foregoing is true and correct, and it is given under penalty of perjury pursuant to 28 U.S.C. § 1746. I further declare that the documents attached to this declaration are true and accurate copies of documents maintained in the ordinary course of business by the Federal Bureau of Prisons. Executed this 25th day of April 2008.

John E. Wallace, Attorney
FCC Allenwood
P.O. Box 2500
White Deer, PA 17887



EXHIBIT B

ALFDD * PUBLIC INFORMATION * 04-24-2008
PAGE 001 * INMATE DATA * 08:48:28
AS OF 04-24-2008

REGNO..: 05811-070 NAME: TRIMBLE, MARCUS A

RESP OF: CAA / DESIGNATED, AT ASSIGNED FACIL
PHONE..: 570-488-8000 FAX: 570-488-8130
RACE/SEX...: BLACK / MALE
AGE: 31
PROJ REL MT: GOOD CONDUCT TIME RELEASE PAR ELIG DT: N/A
PROJ REL DT: 05-04-2012 PAR HEAR DT:

---------------------------- ADMIT/RELEASE HISTORY ----------------------------

| FCL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|---|---|---|---|---|
| CAA | A-DES | DESIGNATED, AT ASSIGNED FACIL | 04-24-2007 0855 | CURRENT |
| B24 | RELEASE | RELEASED FROM IN-TRANSIT FACL | 04-24-2007 0855 | 04-24-2007 0855 |
| B24 | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 04-24-2007 0535 | 04-24-2007 0855 |
| LEW | HLD REMOVE | HOLDOVER REMOVED | 04-24-2007 0535 | 04-24-2007 0535 |
| LEW | A-BOP HLD | HOLDOVER FOR INST TO INST TRF | 04-19-2007 0557 | 04-24-2007 0535 |
| LEW | ADM CHANGE | RELEASE FOR ADMISSION CHANGE | 04-19-2007 0550 | 04-19-2007 0557 |
| LEW | A-DES | DESIGNATED, AT ASSIGNED FACIL | 04-18-2007 1413 | 04-19-2007 0550 |
| B01 | RELEASE | RELEASED FROM IN-TRANSIT FACL | 04-18-2007 1413 | 04-18-2007 1413 |
| B01 | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 04-18-2007 0622 | 04-18-2007 1413 |
| BRO | HLD REMOVE | HOLDOVER REMOVED | 04-18-2007 0622 | 04-18-2007 0622 |
| BRO | A-HLD | HOLDOVER, TEMPORARILY HOUSED | 04-05-2007 1919 | 04-18-2007 0622 |
| 9-L | RELEASE | RELEASED FROM IN-TRANSIT FACL | 04-05-2007 1919 | 04-05-2007 1919 |
| 9-L | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 03-14-2007 1701 | 04-05-2007 1919 |
| DSC | ADMIN REL | ADMINISTRATIVE RELEASE | 03-14-2007 1601 | 03-14-2007 1601 |
| DSC | A-ADMIN | ADMINISTRATIVE ADMISSION | 03-14-2007 1550 | 03-14-2007 1601 |

G0002 MORE PAGES TO FOLLOW . . .

Wallace Dec.
Att. A.

REGNO..: 05811-070 NAME: TRIMBLE, MARCUS A

RESP OF: CAA / DESIGNATED, AT ASSIGNED FACIL
PHONE..: 570-488-8000 FAX: 570-488-8130
PRE-RELEASE PREPARATION DATE: 11-04-2011

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE: 05-04-2012 VIA GCT REL

----------------------CURRENT JUDGMENT/WARRANT NO: 010 -----------------------

COURT OF JURISDICTION...........: RHODE ISLAND
DOCKET NUMBER...................: 1:06CR00114-01ML
JUDGE...........................: LISI
DATE SENTENCED/PROBATION IMPOSED: 02-23-2007
DATE COMMITTED..................: 04-18-2007
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

| | FELONY ASSESS | MISDMNR ASSESS | FINES | COSTS |
|---|---|---|---|---|
| NON-COMMITTED.: | $300.00 | $00.00 | $00.00 | $00.00 |

RESTITUTION...: PROPERTY: NO SERVICES: NO AMOUNT: $8,882.00

-------------------------CURRENT OBLIGATION NO: 010 --------------------------
OFFENSE CODE....: 551
OFF/CHG: 18:2113(A) BANK ROBBERY (3 CTS)

SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
SENTENCE IMPOSED/TIME TO SERVE.: 77 MONTHS
TERM OF SUPERVISION............: 3 YEARS
DATE OF OFFENSE................: 07-20-2006



AH. A.

```
  ALFDD          *            PUBLIC INFORMATION              *      04-24-2008
PAGE 003 OF 003 *                INMATE DATA                  *      08:48:28
                              AS OF 04-24-2008

REGNO..: 05811-070 NAME: TRIMBLE, MARCUS A

                   RESP OF: CAA / DESIGNATED, AT ASSIGNED FACIL
                   PHONE..: 570-488-8000    FAX: 570-488-8130
-------------------------CURRENT COMPUTATION NO: 010 --------------------------

COMPUTATION 010 WAS LAST UPDATED ON 02-04-2008 AT DSC AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 02-23-2007
TOTAL TERM IN EFFECT............:    77 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     6 YEARS      5 MONTHS
EARLIEST DATE OF OFFENSE........: 07-20-2006

JAIL CREDIT.....................:   FROM DATE     THRU DATE
                                    09-22-2006    02-22-2007

TOTAL PRIOR CREDIT TIME.........: 154
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 290
TOTAL GCT EARNED................: 54
STATUTORY RELEASE DATE PROJECTED: 05-04-2012
SIX MONTH /10% DATE.............: N/A
EXPIRATION FULL TERM DATE.......: 02-18-2013


PROJECTED SATISFACTION DATE.....: 05-04-2012
PROJECTED SATISFACTION METHOD...: GCT REL
```

```
S0055        NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE
```

ALFDD 531.01 * INMATE HISTORY * 04-24-2008
PAGE 001 OF 001 * WRK DETAIL * 08:49:07

REG NO..: 05811-070 NAME....: TRIMBLE, MARCUS A
CATEGORY: WRK FUNCTION: PRT FORMAT:

| FCL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|---|---|---|---|---|
| CAA | SHU UNASSG | SHU UNASSG | 03-08-2008 1244 | CURRENT |
| CAA | USP CCS 5 | USP CCS 5 | 02-13-2008 0001 | 03-08-2008 1244 |
| CAA | USP LAND | USP LANDSCAPE | 02-04-2008 0001 | 02-13-2008 0001 |
| CAA | USP UNASSG | USP UNASSIGNED | 01-31-2008 1407 | 02-04-2008 0001 |
| CAA | SHU UNASSG | SHU UNASSG | 12-31-2007 0705 | 01-31-2008 1407 |
| CAA | USP LAND | USP LANDSCAPE | 12-18-2007 0001 | 12-31-2007 0705 |
| CAA | EDUC 2 PM | EDUC 2 PM | 09-13-2007 0001 | 12-18-2007 0001 |
| CAA | USP LAND | USP LANDSCAPE | 09-10-2007 1323 | 09-13-2007 0001 |
| CAA | USP CCS 7 | USP COR SVC 7 | 05-10-2007 0001 | 09-10-2007 1323 |
| CAA | USP GM2 | USP GENERAL MAINT 2 | 05-08-2007 0001 | 05-10-2007 0001 |
| CAA | A&O COMPLT | A&O COMPLETE | 05-03-2007 1253 | 05-08-2007 0001 |
| CAA | USP W A&O | USP W A&O | 04-26-2007 1020 | 05-03-2007 1253 |
| CAA | USP UNASSG | USP UNASSIGNED | 04-26-2007 0257 | 04-26-2007 1020 |
| CAA | SHU UNASSG | SHU UNASSG | 04-24-2007 0855 | 04-26-2007 0257 |
| LEW | UNASSG | UNASSIGNED WORK DETAIL | 04-19-2007 0557 | 04-24-2007 0535 |
| LEW | UNASSG | UNASSIGNED WORK DETAIL | 04-18-2007 1413 | 04-19-2007 0550 |
| BRO | UNASSG | UNASSIGNED WORK ASSIGNMENT | 04-05-2007 1919 | 04-18-2007 0622 |

G0000 TRANSACTION SUCCESSFULLY COMPLETED

Wallace Dec.
Att. 3

**DISCIPLINE HEARING OFFICER REPORT**
**U.S. DEPARTMENT OF JUSTICE**

**BP-S305.052 MAY 94**
**FEDERAL BUREAU OF PRISONS**

| | | | | | |
|---|---|---|---|---|---|
| INSTITUTION | USP CANAAN | INCIDENT REPORT NUMBER | | | 1682966 |
| INMATE NAME | TRIMBLE, MARCUS A. | REG NO | 05811-070 | UNIT | D1 |
| DATE OF INCIDENT | 12/31/2007 | DATE OF INCIDENT REPORT | | | 12/31/2007 |
| OFFENSE CODE(S) | Code 307, Code 312, Code 306 | | | | |
| SUMMARY OF CHARGES | Refusing to Obey an Order of Any Staff Member; Insolence Towards a Staff Member; Refusing to Work or Accept a Program Assignment | | | | |

**I. NOTICE OF CHARGE(S)**

A. Advanced written notice of charge (copy of Incident Report) was given to inmate on (date) 12/31/2007 (at) 1:30 pm (by) D. Mrad, Lt.

B. The DHO Hearing was held on (date) 1/8/2008 (at) 1045 am

C. The inmate was advised of his rights before the DHO by (staff member): J. McDonald, Counselor on (date) 1/3/2008 and a copy of the advisement of rights form is attached.

**II. STAFF REPRESENTATIVE**

| | | | | |
|---|---|---|---|---|
| A. Inmate waived right to staff representative. | Yes | X | No | |

B. Inmate requested staff representative and appeared.

C. Requested staff representative declined or could not appear. The inmate was advised of the option to postpone hearing to obtain another representative with the result: N/A

D. Warden appointed Rep. appeared.

E. Staff representative statement:

N/A

**III. PRESENTATION OF EVIDENCE**

| | | | | | |
|---|---|---|---|---|---|
| A. Inmate admits | | denies | X | neither | |

B. Summary of inmate statement:

At the onset of this hearing, Trimble was advised of his Rights before the DHO, indicated he understood them (waiving staff representation and waiving witness testimony).

He elected to make the following statement on his behalf before the DHO:

"Referring a male anatomy to a female officer I don't do. I said I was getting tired and took a break. I weigh three hundred and thirty four pounds. I thought we were done so I went to chow. I've never been in trouble. I try to stay out of the way. I said I wasn't going to kill myself. I was tired. I would not jeopardize my release date and try to obey all the rules."

When further questioned by the DHO, Trimble denied stating "this place is full of cock suckers and I fucking quit", claiming "I never use that terminology." Trimble elaborated "if she said sit on the bench I didn't hear", asserted it was snowing on the

Wallace dec. att.
C p. 1

day of the incident and was exhausted.

No procedural issues were cited, nor was any documentary evidence provided for consideration.

Evidence was also verbally provided by the DHO to the extent believed practical under FOIAE/PA policy.

C. Witness(es):

| | | | | |
|---|---|---|---|---|
| 1. The inmate requested witness(es). | Yes: | | No | X |

2. The following persons were called as witnesses at this hearing and appeared. (Include each witnesses' name, title, reg number and statement as appropriate.

N/A

3. The following persons requested were not called for the reason(s) given:

| | | | | | | |
|---|---|---|---|---|---|---|
| 4. Unavailable witnesses were requested to submit written | Yes | | No | | N/A | X |

D. Documentary Evidence: In addition to the Incident Report and Investigation, the DHO considered the following documents:

N/A

E. Confidential information was used by DHO in support of his findings, but was not revealed to the inmate. The confidential information was documented in a separate report. The confidential information has been (confidential informants have been) determined to be reliable because:

N/A

## IV. FINDINGS OF THE DHO

| | | |
|---|---|---|
| | A. The act(s) was/were committed as charged. | |
| X | B. The following act(s) was/were committed: | Code 307, Code 312 |
| | C. No prohibited act(s) was/were committed: | Expunge according to PS 5270.07. |

## V. SPECIFIC EVIDENCE RELIED ON TO SUPPORT FINDINGS (Physical evidence, observations, written documents, etc.)

The DHO finds based on the greater weight of the evidence that on December 31, 2007, at approximately 6:30 pm, Trimble refused the orders of staff to sit on the bench in front of the lieutenant's office and proceeded to eat breakfast, and stated "this place if full of cock suckers and I fucking quit."

Specific evidence relied on to support this finding is the eyewitness account of the reporting staff member, as reflected in the incident report. He indicates "I observed inmate Trimble #05811-070 standing on the compound with his shovel not working. I told inmate Trimble that he needed to work. Inmate Trimble stated that he wasn't going to kill himself working. Inmate Trimble then stated that "this place is full of cock suckers and I fucking quit." I ordered inmate Trimble to go sit on the lieutenant's bench. Inmate then disregarded my order and went to eat breakfast."

The DHO considered and affords little weight to Trimble's assertion he was exhausted and was "taking a break" while performing his work assignment, denied stating "this place if full of cock suckers and I fucking quit", and denied refusing the orders of the reporting staff member to sit on the lieutenant's bench proceeding to eat breakfast. Trimble partially corroborated the account of the reporting staff member admitting to the DHO he stated he wasn't going to kill himself working. The DHO also finds it highly incredulous he would engage in an active conversation with the reporting staff member, exchange information, yet would not hear the staff members orders to sit on a bench. The DHO affords greater weight to the reporting employee as he derives no known benefit for providing false information.



9th C
p. 2

The DHO considered all evidence and has drawn the conclusion based on the greater weight of the evidence, the prohibited act of Refusing to Obey an Order of Any Staff Member (Code 307), and Insolence Towards a Staff Member (Code 312), was committed. The charge for Refusing to Work or Accept a Program Assignment, Code 306, was expunged as the elements of his actions are most like Code 312 and Code 307.

## VI. SANCTION OR ACTION TAKEN

Code 307
Disciplinary Segregation 15 Days, suspended 180 days clear conduct
Loss Commissary Privileges 2 Months, expires 3/8/2008
Loss Telephone Privileges 4 Months, expires 5/28/2008 (concurrent)

Code 312
Disallowance of 13 Days Good Conduct Time
Disciplinary Segregation 10 Days, expires 1/17/2008
Loss Telephone Privileges 4 Months, expires 5/28/2008 (concurrent)

***All sanctions are to be served consecutive to like sanctions previously imposed.**

## VII. REASON FOR SANCTION OR ACTION TAKEN

The action or behavior on the part of any inmate to refuse the orders of a staff member and to become insolent threatens the ability of the staff member to carry out his duties and effectively deal with inmates in the assigned area. Refusing to sit on a bench in the lieutenant's area, and stating "this place if full of cock suckers and I fucking quit" can not and will not be tolerated.

The sanctions imposed by the DHO were taken to let the inmate know that he, and he alone, will be held responsible for his behavior.

The disallowance of good conduct time, and disciplinary segregation (and the terms of which were suspended) were imposed to demonstrate the seriousness of his actions and as punishment for his conduct. The loss of commissary and telephone privileges were imposed to deter further behavior, promote compliance with institutional rules and regulations, and promote positive communication and interaction skills. It is hoped that these sanctions prompt Trimble to modify his behavior and deter others from engaging in such activities in the future.

## VIII. APPEAL RIGHTS: The inmate has been advised of the findings, specific evidence relied on, action and reasons for the action. The inmate has been advised of his right to appeal this action within 20 calendar days under the Administrative Remedy Procedure. A copy of this report has been given to the inmate.

| | Yes | X | No | | |
|---|---|---|---|---|---|

## IX. DISCIPLINE HEARING OFFICER

| Printed Name of DHO | Signature of DHO | Date |
|---|---|---|
| Marc A. Renda | [signature] | 1/14/08 |
| Report sent to inmate by | Signature: [signature] | Date: 1/14/08 |

Att. C
p. 3

BP-S288.052 INCIDENT REPORT CDFRM
MAY 1994
U.S. DEPARTMENT OF JUSTICE

168296

FEDERAL BUREAU OF PRISONS

1. Name Of Institution: U.S.P. Canaan

Part I - Incident Report

| | | | |
|---|---|---|---|
| 2. Name Of Inmate<br>Trimble, Marcus | 3. Register Number<br>05811-070 | 4. Date Of Incident<br>12-31-07 | 5. Time<br>6:30 am |
| 6. Place Of Incident<br>Compound | 7. Assignment<br>Landscaping | 8. Unit<br>D-1 | |

9. Incident: Code:307/306/312
Refusing to obey an order of any Staff member Refusing to work, or to accept a program assignment / Insolence toward staff

11. Description Of Incident (Date: 12/31/07 Time 6:30PM_ Staff become aware of incident)
I observed Inmate Trimble #05811-070 standing on the compound with his shovel not working. I told Inmate Trimble that he needed to work. Inmate Trimble stated that he wasn't going to kill himself working. Inmate Trimble then stated that "this place is full of cock suckers and I fucking quit". I ordered Inmate Trimble to go sit on the Lieutenant's bench. Inmate then disregarded my order and went to eat breakfast.

| | | |
|---|---|---|
| 12. Signature Of Reporting Employee<br>J. Phillips [signature] | Date And Time<br>12-31-07/<br>7:13 am | 13. Name And Title (Printed)<br>Phillips, J<br>Correctional Officer |
| 14. Incident Report Delivered To Above Inmate By<br>[signature] | 15. Date Incident Report Delivered<br>12-31-07 | 16.time Incident Report Delivered<br>1:30p |

Part II - Committee Action

17. Comments Of Inmate To Committee Regarding Above Incident

SEE ATTACHED

| | |
|---|---|
| 18. A. It Is The Finding Of The Committee That You:<br>_____ Committed The Following Prohibited Act.<br>_____ Did Not Commit A Prohibited Act. | B. XXX The Committee Is Referring The Charge(s) To The DHO For Further Hearing.<br>C. _____ The Committee Advised The Inmate Of Its Finding And Of The Right To File An Appeal Within 15 Calendar Days. |

19. Committee Decision Is Based On The Following Information

SEE ATTACHED

20. Committee action and/or recommendation if referred to DHO (Contingent upon DHO finding inmate committed prohibited act)

SEE ATTACHED

21. Date And Time Of Action 1/2/08 1:25 pm (The UDC Chairman's Signature Next To His Name Certifies Who Sat On The UDC And That The Completed Report Accurately Reflects The UDC Proceedings.)

S. Hanis [signature]    D. McDonald [signature]    [signature]

Chairman (Typed Name/Signature)    Member (Typed Name)    Member (Typed Name)

4

Record Copy - Central File Record; Copy - DHO; Copy - Inmate After UDC Action; Copy - Inmate Within 24 Hours Of Part I Preparation

Replaces BP-288(52) Of Jan 88

TRIMBLE, MARCUS
05811-070

1-03-2008
1:25 pm

INCIDENT REPORT # 1682966

17. Inmate was asked if he was read his rights and that he understood his rights, the inmate stated, Yes. The inmate stated "I did not say that. She did not say go to the bench. If she said that, I would have went to the bench."

19. Based on the seriousness of this report, the UDC feels that a greater sanction should be imposed that are available at the UDC level, if this inmate is found to have committed this prohibited acts.

20. The UDC refers this report to the DHO for further hearing.

S. Hanis / Counselor

J. McDonald / Counselor

9#. C
p. 5

BP-S294.052 **NOTICE OF DISCIPLINE HEARING BEFORE THE (DHO)** CDFRM
MAY 94
**U.S. DEPARTMENT OF JUSTICE** **FEDERAL BUREAU OF PRISONS**

USP Cannan
Institution

01/03/08
Date

TO: Trimble | 05841-070

ALLEGED VIOLATION: ~~Possessing a dangerous weapon~~ 307 306 312 Refusing to OBey an order Refusing work/Program assignment

DATE OF OFFENSE: 12/31/07

You are being referred to the DHO for the above charge(s).

The hearing will be held on: TBA at TBA (A.M./P.M.) at the following location:

You are entitled to have a full-time staff member represent you at the hearing. Please indicate below whether you desire to have a staff representative, and if so, his or her name.

I (do) _____ (do not) X wish to have a staff representative.

If so, the staff representative's name is: ______________________

You will also have the right to call witnesses at the hearing and to present documentary evidence in your behalf; provided, calling your witnesses will not jeopardize institutional safety. Names of witnesses you wish to call should be listed below. Briefly state to what each proposed witness would be able to testify.

I (do) _____ (do not) X wish to have witnesses.

| NAME: | Can Testify to: |
|---|---|
| | |
| - | |
| NAME: | Can Testify to: |
| | |
| NAME: | Can Testify to: |
| | |
| - | |

The Discipline Hearing Officer will call those witnesses (Staff or Inmate) who are reasonably available, and who are determined by the DHO to have information relevant to the charge(s). Repetitive witnesses and repetitive character references need not be called. Unavailable witnesses may be asked to submit written statements.

If additional space is needed, use the reverse side of this form. Date, sign, and return this form to the DHO.

DATE: 1/3/08 SIGNATURE: [signature]

Notice of hearing before DHO given inmate by 01/03/08
Date/Time

[signature] T. McDonald

Staff Printed Name/Signature

(This form may be replicated via WP) Replaces BP-294(52) of JAN 88

9th C
p. 6

BP-S293.052 **INMATE RIGHTS AT DISCIPLINE HEARING** CDFRM
MAY 94

**U.S. DEPARTMENT OF JUSTICE** **FEDERAL BUREAU OF PRISONS**

Institution:

As an inmate charged with a violation of Bureau of Prisons rules or regulations referred to the Discipline Hearing Officer (DHO) for disposition, you have the following rights:

1. The right to have a written copy of the charge(s) against you at least 24 hours prior to appearing before the Discipline Hearing Officer;

2. The right to have a full-time member of the staff who is reasonably available to represent you before the Discipline Hearing Officer;

3. The right to call witnesses (or present written statements of unavailable witnesses) and to present documentary evidence in your behalf, provided institutional safety would not be jeopardized;

4. The right to present a statement or to remain silent. Your silence may be used to draw an adverse inference against you. However, your silence alone may not be used to support a finding that you committed a prohibited act;

5. The right to be present throughout the discipline hearing except during a period of deliberation or when institutional safety would be jeopardized. If you elect not to appear before the DHO, you may still have witnesses and a staff representative appear on your behalf;

6. The right to be advised of the DHO's decision, the facts supporting that decision, except where institutional safety would be jeopardized, and the DHO's disposition in writing; and,

7. The right to appeal the decision of the DHO by means of the Administrative Remedy Procedure to the Regional Director within 20 calendar days of notice of the DHO's decision and disposition.

I hereby acknowledge that I have been advised of the above rights afforded me at a hearing before the Discipline Hearing Officer. I have further been advised that if I have previously received either a presumptive or effective parole date from the Parole Commission, a finding by the DHO that I committed the prohibited act(s) may result in a rescission or retardation by the Parole Commission of the presumptive or effective parole date.

Inmate's Name: X Trimble Reg 05811-070

Inmate Signature: X [signature] Date: 1/03/08

Notice of rights given to inmate(Date/time):

1. by: [signature]
Staff Printed Name/Signature

(This form may be replicated via WP) Replaces BP-S293(52) of JAN 88.

9f.C
p. 7

```
  ALFDD          *           INMATE DISCIPLINE DATA              *     04-24-2008
PAGE 001 OF 001 *     CHRONOLOGICAL DISCIPLINARY RECORD         *     08:49:32

REGISTER NO: 05811-070 NAME..: TRIMBLE, MARCUS A
FUNCTION...: PRT       FORMAT: CHRONO    LIMIT TO 24  MOS PRIOR TO 04-24-2008

--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1682966 - SANCTIONED INCIDENT DATE/TIME: 12-31-2007 0630
DHO HEARING DATE/TIME: 01-08-2008 1045
FACL/CHAIRPERSON.....: CAA/M. RENDA
APPEAL CASE NUMBER(S): 479586
REPORT REMARKS.......: I/M STATED TO STAFF"THIS PLACE IS FULL OF COCK SU--ERS &
                       I F---ING QUIT".REFUSED ORDERS TO SIT ON BENCH.
   307  REFUSING TO OBEY AN ORDER - FREQ: 1
        DS          / 15 DAYS / CS / SUSPENDED 180 DAYS
        COMP:    LAW:     TO DETER FURTHER BEHAVIOR
        LP COMM     / 2 MONTHS / CS
        COMP:    LAW:     TO DETER FURTHER BEHAVIOR (EXPIRES 3/8/08)
        LP PHONE    / 4 MONTHS / CC
        COMP:    LAW:     TO DETER FURTHER BEHAVIOR & PROMOTE POSITIVE
                          COMMUNICATION W/ OTHERS(EXPIRES5/28/08-CONCURRENT)
   312  BEING INSOLENT TO STAFF MEMBER - FREQ: 1
        DIS GCT     / 13 DAYS / CS
        COMP:010 LAW:P    TO DEMONSTRATE SERIOUSNESS OF ACT(I/M DENIES)
        DS          / 10 DAYS / CS
        COMP:    LAW:     TO DEMONSTRATE SERIOUSNESS OF ACT(EXPIRES 1/17/08)
        LP PHONE    / 4 MONTHS / CS
        COMP:    LAW:     TO DETER FURTHER BEHAVIOR & PROMOTE POSITIVE
                          COMMUNICATION W/ OTHERS (EXPIRES 5/8/2008)

G0005      TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

9th C, p. 8

```
 ALFDD        *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     04-24-2008
PAGE 001 OF                                                      09:18:51
     FUNCTION: L-P SCOPE: REG   EQ 05811-070     OUTPUT FORMAT: FULL___________
-------LIMITED TO SUBMISSIONS WHICH MATCH ALL LIMITATIONS KEYED BELOW----------
DT RCV: FROM __________ THRU __________ DT STS: FROM __________ THRU __________
DT STS: FROM ___ TO ___ DAYS BEFORE "OR" FROM ___ TO ___ DAYS AFTER DT RDU
DT TDU: FROM ___ TO ___ DAYS BEFORE "OR" FROM ___ TO ___ DAYS AFTER DT TRT
STS/REAS: ______ ______ ______ ______ ______ ______ ______ ______ ______ ______
SUBJECTS: ____ ____ ____ ____ ____ ____ ____ ____ ____ ____ ____ ____ ____ ____
EXTENDED: _ REMEDY LEVEL: _ _          RECEIPT: _ _ _ "OR" EXTENSION: _ _ _
RCV  OFC : EQ ____       ____       ____       ____       ____       ____
TRACK:  DEPT: __________ __________ __________ __________ __________ __________
      PERSON: ___        ___        ___        ___        ___        ___
        TYPE: ___        ___        ___        ___        ___        ___
EVNT FACL: EQ ____       ____       ____       ____       ____       ____
RCV FACL.: EQ ____       ____       ____       ____       ____       ____
RCV UN/LC: EQ __________ __________ __________ __________ __________ __________
RCV QTR..: EQ __________ __________ __________ __________ __________ __________
ORIG FACL: EQ ____       ____       ____       ____       ____       ____
ORG UN/LC: EQ __________ __________ __________ __________ __________ __________
ORIG QTR.: EQ __________ __________ __________ __________ __________ __________
```

```
G0002        MORE PAGES TO FOLLOW . . .
```

Wallace Declaration
att. P

```
 ALFDD          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      04-24-2008
PAGE 002 OF     *                 FULL SCREEN FORMAT          *      09:18:51


REGNO: 05811-070 NAME: TRIMBLE, MARCUS
RSP OF...: CAA UNT/LOC/DST: D1 UNIT              QTR.: Z03-138UAD RCV OFC: CAA
REMEDY ID: 460374-F1      SUB1: 26BM SUB2:       DATE RCV:    07-18-2007
UNT RCV..: D1 UNIT       QTR RCV.: D01-111U      FACL RCV: CAA
UNT ORG..: D1 UNIT       QTR ORG.: D01-111U      FACL ORG: CAA
EVT FACL.: CAA    ACC LEV:  CAA  1 NER  1 BOP  2  RESP DUE:  TUE  08-07-2007
ABSTRACT.: IMPROPER MEDICAL TREATMENT FOR INJURY TO FINGER
STATUS DT: 08-07-2007  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:           RCT: P EXT:   DATE ENTD: 07-24-2007
REMARKS..:


REGNO: 05811-070 NAME: TRIMBLE, MARCUS
RSP OF...: CAA UNT/LOC/DST: D1 UNIT              QTR.: Z03-138UAD RCV OFC: NER
REMEDY ID: 463759-R1      SUB1: 26ZM SUB2: 34ZM DATE RCV:    08-20-2007
UNT RCV..: D1 UNIT       QTR RCV.: D01-111U      FACL RCV: CAA
UNT ORG..: D1 UNIT       QTR ORG.: D01-111U      FACL ORG: CAA
EVT FACL.: CAA    ACC LEV:                            RESP DUE:
ABSTRACT.: STAFF COMPLAINT AND MEDICAL CARE ISSUES
STATUS DT: 08-22-2007  STATUS CODE: REJ STATUS REASON: WRL INS
INCRPTNO.:           RCT:   EXT:   DATE ENTD: 08-22-2007
REMARKS..: THIS ISSUE MUST FIRST BE ADDRESSED BY THE WARDEN.


G0002        MORE PAGES TO FOLLOW . . .
```

9f. P

```
  ALFDD          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      04-24-2008
PAGE 003 OF      *                 FULL SCREEN FORMAT            *      09:18:51


REGNO: 05811-070 NAME: TRIMBLE, MARCUS
RSP OF...: CAA UNT/LOC/DST: D1 UNIT                QTR.: Z03-138UAD RCV OFC: NER
REMEDY ID: 460374-R1      SUB1: 26BM SUB2:         DATE RCV:    08-30-2007
UNT RCV..: D1 UNIT        QTR RCV.: D01-111U       FACL RCV: CAA
UNT ORG..: D1 UNIT        QTR ORG.: D01-111U       FACL ORG: CAA
EVT FACL.: CAA     ACC LEV:  CAA   1 NER  1 BOP  2   RESP DUE:  SAT  09-29-2007
ABSTRACT.: IMPROPER MEDICAL TREATMENT FOR INJURY TO FINGER
STATUS DT: 09-25-2007  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:            RCT: P EXT:   DATE ENTD: 08-31-2007
REMARKS..:


REGNO: 05811-070 NAME: TRIMBLE, MARCUS
RSP OF...: CAA UNT/LOC/DST: D1 UNIT                QTR.: Z03-138UAD RCV OFC: CAA
REMEDY ID: 467480-F1      SUB1: 12ZM SUB2:         DATE RCV:    09-18-2007
UNT RCV..: D1 UNIT        QTR RCV.: D01-111U       FACL RCV: CAA
UNT ORG..: D1 UNIT        QTR ORG.: D01-111U       FACL ORG: CAA
EVT FACL.: CAA     ACC LEV:  CAA   1                 RESP DUE:  MON  10-08-2007
ABSTRACT.: I/M WANTS HIS JOB BACK
STATUS DT: 09-28-2007  STATUS CODE: CLO STATUS REASON: WDN
INCRPTNO.:            RCT: P EXT:   DATE ENTD: 09-25-2007
REMARKS..:




G0002        MORE PAGES TO FOLLOW . . .
```

9H-D

```
 ALFDD        *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     04-24-2008
PAGE 004 OF   *               FULL SCREEN FORMAT           *     09:18:51

REGNO: 05811-070 NAME: TRIMBLE, MARCUS
RSP OF...: CAA UNT/LOC/DST: D1 UNIT                QTR.: Z03-138UAD RCV OFC: CAA
REMEDY ID: 467496-F1     SUB1: 12ZM SUB2: 34CM DATE RCV:   09-18-2007
UNT RCV..: D1 UNIT      QTR RCV.: D01-111U      FACL RCV: CAA
UNT ORG..: D1 UNIT      QTR ORG.: D01-111U      FACL ORG: CAA
EVT FACL.: CAA    ACC LEV:  CAA  1                 RESP DUE:  MON  10-08-2007
ABSTRACT.: I/M WANTS JOB BACK/SAYS DISCRIMINATED AGAINST
STATUS DT: 09-28-2007  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:          RCT: P EXT:   DATE ENTD: 09-25-2007
REMARKS..:

REGNO: 05811-070 NAME: TRIMBLE, MARCUS
RSP OF...: CAA UNT/LOC/DST: D1 UNIT                QTR.: Z03-138UAD RCV OFC: BOP
REMEDY ID: 460374-A1     SUB1: 26BM SUB2:      DATE RCV:   10-16-2007
UNT RCV..: D1 UNIT      QTR RCV.: D01-111U      FACL RCV: CAA
UNT ORG..: D1 UNIT      QTR ORG.: D01-111U      FACL ORG: CAA
EVT FACL.: CAA    ACC LEV:  CAA  1 NER  1 BOP  2   RESP DUE:
ABSTRACT.: IMPROPER MEDICAL TREATMENT FOR INJURY TO FINGER
STATUS DT: 10-19-2007  STATUS CODE: REJ STATUS REASON: IRQ OTH RSA
INCRPTNO.:          RCT:   EXT:   DATE ENTD: 10-19-2007
REMARKS..: EACH PAGE OF THE BP-11 FORM MUST BE LEGIBLE.  PAGE 4
           IS DIFFICULT TO READ.  CONSIDER WRITING ON THIS PAGE
           EACH PAGE MUST CONTAIN THE EXACT SAME WORDING.

G0002       MORE PAGES TO FOLLOW . . .
```

9H-D

```
  ALFDD        *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     04-24-2008
PAGE 005 OF    *              FULL SCREEN FORMAT             *     09:18:51


REGNO: 05811-070 NAME: TRIMBLE, MARCUS
RSP OF...: CAA UNT/LOC/DST: D1 UNIT               QTR.: Z03-138UAD RCV OFC: BOP
REMEDY ID: 460374-A2      SUB1: 26BM SUB2:        DATE RCV:   11-05-2007
UNT RCV..: D1 UNIT      QTR RCV.: D01-111U        FACL RCV: CAA
UNT ORG..: D1 UNIT      QTR ORG.: D01-111U        FACL ORG: CAA
EVT FACL.: CAA    ACC LEV:  CAA  1 NER  1 BOP  2  RESP DUE:  FRI  01-04-2008
ABSTRACT.: IMPROPER MEDICAL TREATMENT FOR FINGER INJURY
STATUS DT: 12-26-2007  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:           RCT: P EXT: P DATE ENTD: 11-08-2007
REMARKS..:


REGNO: 05811-070 NAME: TRIMBLE, MARCUS
RSP OF...: CAA UNT/LOC/DST: D1 UNIT               QTR.: Z03-138UAD RCV OFC: CAA
REMEDY ID: 475829-F1      SUB1: 34CM SUB2:        DATE RCV:   12-11-2007
UNT RCV..: D1 UNIT      QTR RCV.: D01-121L        FACL RCV: CAA
UNT ORG..: D1 UNIT      QTR ORG.: D01-121L        FACL ORG: CAA
EVT FACL.: CAA    ACC LEV:  CAA  1                RESP DUE:  MON  12-31-2007
ABSTRACT.: I/M CLAIMS STAFF RACIST; NOT ABLE TO CHANGE CELLS
STATUS DT: 12-20-2007  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:           RCT: P EXT:   DATE ENTD: 12-12-2007
REMARKS..:


G0002        MORE PAGES TO FOLLOW . . .
```

9H-D.

```
  ALFDD         *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      04-24-2008
PAGE 006 OF 006 *              FULL SCREEN FORMAT            *      09:18:51


REGNO: 05811-070 NAME: TRIMBLE, MARCUS
RSP OF...: CAA UNT/LOC/DST: D1 UNIT                QTR.: Z03-138UAD RCV OFC: NER
REMEDY ID: 479586-R1      SUB1: 20AM SUB2: 20CM DATE RCV:    01-17-2008
UNT RCV..: D1 UNIT        QTR RCV.: Z02-214LDS     FACL RCV: CAA
UNT ORG..: D1 UNIT        QTR ORG.: Z02-214LDS     FACL ORG: CAA
EVT FACL.: CAA     ACC LEV:  NER  1                   RESP DUE:  SAT  02-16-2008
ABSTRACT.: APPEALS 01/08/08 DHO FOR CODES 307 & 312
STATUS DT: 02-13-2008  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.: 1682966    RCT: P EXT:    DATE ENTD: 01-18-2008
REMARKS..:
```

```
               9 REMEDY SUBMISSION(S) SELECTED
G0000        TRANSACTION SUCCESSFULLY COMPLETED
```

9H-D.

INMATE FINANCIAL PLAN

REGISTER NUMBER: 05811-070
INMATE NAME....: TRIMBLE, MARCUS A
FACILITY.......: CANAAN USP

A STAFF MEMBER HAS PROVIDED ME WITH INFORMATION REGARDING THE POTENTIAL CONSEQUENCES OF A REFUSAL ON MY PART TO PARTICIPATE IN THE INMATE FINANCIAL RESPONSIBILITY PROGRAM.

I AGREE TO SUBMIT PAYMENTS TOWARD SATISFACTION OF THE FINANCIAL OBLIGATION(S) INDICATED ON THIS FORM IN ACCORDANCE WITH THE PAYMENT PLAN OUTLINED BELOW. I AGREE TO FOLLOW THIS PAYMENT PLAN UNTIL THE FINANCIAL OBLIGATION(S) IS SATISFIED.

I FURTHER UNDERSTAND THAT THE PAYMENT PLAN WILL AUTOMATICALLY STOP AND NO FUNDS WILL BE WITHDRAWN FROM MY ACCOUNT IN THE EVENT THAT I AM PERMANENTLY RELEASED FROM MY PRESENT INSTITUTION OF CONFINEMENT. IN THE EVENT THAT I AM RELEASED PURSUANT TO A WRIT (INCLUDING A REQUEST FOR TEMPORARY CUSTODY PURSUANT TO THE INTERSTATE AGREEMENT ON DETAINERS) THE PLAN WILL NOT TERMINATE UNLESS I NOTIFY UNIT STAFF THAT UPON COMPLETION OF ANY PAYROLL/DEDUCTION CYCLES IN PROGRESS AT THE TIME I LEAVE THE INSTITUTION I WISH THE PLAN TO TERMINATE.

PAYMENT METHOD...: AMT/PCT: $25 FREQ: QU ORIGIN: TF

START CYCLE......: 3/08

INMATE DECISION..: AG

OBLIGATION NUMBER: 1 2

INMATE SIGNATURE.......: ____ DT SIGNED: ____

STAFF WITNESS SIGNATURE: E Zuhr [signature] DT SIGNED: 1/26/08

J Koslow [signature]

Inmate refused to sign
1/26/08
E Zuhr [signature]

Wallace declaration
AH. E

INMATE FINANCIAL PLAN

REGISTER NUMBER: 05811-070
INMATE NAME....: TRIMBLE, MARCUS A
FACILITY.......: CANAAN USP

- - - - - - - - - - - - - FINANCIAL OBLIGATIONS OWED - - - - - - - - - - - - -

| OBLG | OBLIGATION TYPE | BALANCE | PAYABLE | COJ |
|---|---|---|---|---|
| 1 | ASSESSMENT USDC | 300.00 | IMMEDIATE | FRI |
| 2 | RESTITUTION FEDERAL VICTIM USDC | 8882.00 | IMMEDIATE | FRI |

9 H. C

## Inmate Inquiry

| | | | |
|---|---|---|---|
| Inmate Reg #: | [illegible] | Current Institution: | Canaan USP |
| Inmate Name: | TRIMBLE, MARCUS | Housing Unit: | [illegible] |
| Report Date: | [illegible] | Living Quarters: | [illegible] |
| Report Time: | [illegible] | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 6292 |
| PAC #: | 192923606 |
| FRP Participation Status: | Refused |
| Arrived From: | LEW |
| Transferred To: | |
| Account Creation Date: | 3/16/2007 |
| Local Account Activation Date: | 4/25/2007 3:18:05 AM |
| Sort Codes: | |
| Last Account Update: | 4/20/2008 4:57:50 AM |
| Account Status: | Active |
| Phone Balance: | $5.22 |

**FRP Plan Information**

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|

## Account Balances

| | |
|---|---|
| Account Balance: | $95.60 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $95.60 |
| National 6 Months Deposits: | $398.65 |
| National 6 Months Withdrawals: | $303.46 |
| National 6 Months Avg Daily Balance: | $23.22 |
| Local Max. Balance - Prev. 30 Days: | $95.60 |
| Average Balance - Prev. 30 Days: | $80.35 |

9 H. e

# Inmate Statement

| | | | |
|---|---|---|---|
| Inmate Reg #: | [illegible] | Current Institution: | [illegible] |
| Inmate Name: | [illegible] | Housing Unit: | [illegible] |
| Report Date: | [illegible] | Living Quarters: | [illegible] |
| Report Time: | [illegible] | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| CAA | 4/18/2008 3:09:47 PM | 33314508 | | | Western Union | $20.00 | | $95.60 |
| CAA | 4/18/2008 8:13:14 AM | 22 | | | Sales | ($6.40) | | $75.60 |
| CAA | 4/11/2008 5:10:06 PM | 33314008 | | | Western Union | $25.00 | | $82.00 |
| CAA | 4/11/2008 7:57:45 AM | 5 | | | Sales | ($6.30) | | $57.00 |
| CAA | 4/10/2008 7:17:48 AM | HIPP0308 | | | Payroll - IPP | $5.25 | | $63.30 |
| CAA | 4/5/2008 7:20:37 PM | TFN0405 | | | Phone Withdrawal | ($5.00) | | $58.05 |
| CAA | 4/4/2008 7:53:23 AM | 7 | | | Sales | ($27.60) | | $63.05 |
| CAA | 3/28/2008 7:13:17 PM | 33313008 | | | Western Union | $25.00 | | $90.65 |
| CAA | 3/21/2008 8:27:08 AM | 37 | | | Sales | ($4.55) | | $65.65 |
| CAA | 3/18/2008 2:07:22 PM | 7 | | 173305 | Local Collections | $40.00 | | $70.20 |
| CAA | 3/14/2008 5:10:35 PM | 33312008 | | | Western Union | $30.00 | | $30.20 |
| CAA | 3/14/2008 8:11:39 AM | 16 | | | Sales | ($5.14) | | $0.20 |
| CAA | 3/7/2008 7:09:19 AM | HIPP0208 | | | Payroll - IPP | $5.25 | | $5.34 |
| CAA | 3/4/2008 12:48:12 PM | 11 | | | Sales | ($30.15) | | $0.09 |
| CAA | 3/3/2008 5:12:57 PM | 33311108 | | | Western Union | $30.00 | | $30.24 |
| CAA | 2/6/2008 4:59:28 PM | 27 | | | Sales | ($4.51) | | $0.24 |
| CAA | 1/25/2008 8:13:18 AM | 25 | | | Sales | ($19.90) | | $4.75 |
| CAA | 1/18/2008 8:33:13 AM | 26 | | | Sales | ($8.55) | | $24.65 |
| CAA | 1/11/2008 8:01:55 AM | 5 | | | Sales | ($4.45) | | $33.20 |
| CAA | 1/10/2008 7:05:25 AM | IIIPP1207 | | | Payroll - IPP | $5.25 | | $37.65 |
| CAA | 1/10/2008 7:05:17 AM | IIIPP1207 | | | Payroll - IPP | $7.20 | | $32.40 |
| CAA | 1/7/2008 1:14:03 PM | 33307108 | | | Western Union | $25.00 | | $25.20 |
| CAA | 1/4/2008 8:21:54 AM | 33 | | | Sales | $0.00 | | $0.20 |
| CAA | 12/11/2007 3:11:58 PM | 59 | | | Sales | ($23.10) | | $0.20 |
| CAA | 12/10/2007 4:44:32 PM | TFN1210 | | | Phone Withdrawal | ($2.00) | | $23.30 |
| CAA | 12/10/2007 2:52:35 PM | TFN1210 | | | Phone Withdrawal | ($1.00) | | $25.30 |
| CAA | 12/9/2007 8:49:42 AM | TFN1209 | | | Phone Withdrawal | ($3.00) | | $26.30 |
| CAA | 12/9/2007 8:02:05 AM | TFN1209 | | | Phone Withdrawal | ($3.00) | | $29.30 |
| CAA | 12/8/2007 8:44:37 AM | TFN1208 | | | Phone Withdrawal | ($2.00) | | $32.30 |
| CAA | 12/8/2007 8:09:38 AM | TFN1208 | | | Phone Withdrawal | ($2.00) | | $34.30 |
| CAA | 12/7/2007 4:54:45 PM | TFN1207 | | | Phone Withdrawal | ($3.00) | | $36.30 |
| CAA | 12/7/2007 2:12:26 PM | 33305008 | | | Western Union | $25.00 | | $39.30 |
| CAA | 12/7/2007 11:04:29 AM | TFN1207 | | | Phone Withdrawal | ($3.00) | | $14.30 |

Wallace Declaration
Att. F

| | | | | | |
|---|---|---|---|---|---|
| CAA | 12/7/2007 7:27:45 AM | HPP1107 | Payroll - IPP | $16.54 | $17.30 |
| CAA | 12/4/2007 4:43:51 PM | TFN1204 | Phone Withdrawal | ($1.00) | $0.76 |
| CAA | 12/4/2007 3:02:37 PM | 42 | Sales | ($17.72) | $1.76 |
| CAA | 12/2/2007 4:23:40 PM | TFN1202 | Phone Withdrawal | ($3.00) | $19.48 |
| CAA | 12/1/2007 7:43:36 PM | TFN1201 | Phone Withdrawal | ($3.00) | $22.48 |
| CAA | 12/1/2007 4:17:27 PM | 33304508 | Western Union | $25.00 | $25.48 |
| CAA | 11/27/2007 2:52:30 PM | 36 | Sales | ($9.55) | $0.48 |
| CAA | 11/26/2007 4:40:24 PM | TFN1126 | Phone Withdrawal | ($2.00) | $10.03 |
| CAA | 11/26/2007 12:02:20 PM | TFN1126 | Phone Withdrawal | ($2.00) | $12.03 |
| CAA | 11/25/2007 3:23:53 PM | TFN1125 | Phone Withdrawal | ($1.00) | $14.03 |
| CAA | 11/25/2007 3:17:15 PM | TFN1125 | Phone Withdrawal | ($1.00) | $15.03 |
| CAA | 11/24/2007 2:09:38 PM | TFN1124 | Phone Withdrawal | ($2.00) | $16.03 |
| CAA | 11/24/2007 1:43:23 PM | TFN1124 | Phone Withdrawal | ($2.00) | $18.03 |
| CAA | 11/23/2007 8:39:41 PM | TFN1123 | Phone Withdrawal | ($2.00) | $20.03 |
| CAA | 11/23/2007 4:41:26 PM | TFN1123 | Phone Withdrawal | ($3.00) | $22.03 |
| CAA | 11/21/2007 12:09:56 PM | 33303808 | Western Union | $25.00 | $25.03 |
| CAA | 11/20/2007 3:03:34 PM | 87 | Sales | ($15.10) | $0.03 |

1 2 3

**Total Transactions: 131**

**Totals:** **$94.76** **$0.00**

**Current Balances**

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| CAA | $95.60 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $95.60 |
| **Totals:** | **$95.60** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$95.60** |

**Other Balances**

| National 6 Months Deposits | National 6 Months Withdrawals | Natioanl 6 Months Avg Daily Balance | Local Max Balance - Prev 30 Days | Average Balance - Prev 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $398.65 | $303.46 | $23.22 | $95.60 | $80.35 | N/A | N/A |

9H. F

## Commissary History

**Purchases**

| | |
|---|---|
| Validation Period Purchases: | $40.30 |
| YTD Purchases: | $249.12 |
| Last Sales Date: | 4/18/2008 8:13:14 AM |

**SPO Information**

| | |
|---|---|
| SPO's this Month: | 0 |
| SPO $ this Quarter: | $0.00 |

**Spending Limit Info**

| | |
|---|---|
| Spending Limit Override: | No |
| Weekly Revalidation: | No |
| Bi-Weekly Revalidation: | No |
| Spending Limit: | $25.00 |
| Expended Spending Limit: | $16.85 |
| Remaining Spending Limit: | $8.15 |

## Commissary Restrictions

**Spending Limit Restrictions**

| | |
|---|---|
| Restricted Spending Limit: | $0.00 |
| Restricted Expended Amount: | $0.00 |
| Restricted Remaining Spending Limit: | $0.00 |
| Restriction Start Date: | N/A |
| Restriction End Date: | N/A |

**Item Restrictions**

| List Name | List Type | Start Date | End Date | Active |
|---|---|---|---|---|

## Comments

**Comments:**

9th. f