UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v. CR 06-114 ML

MARCUS TRIMBLE

## ORDER

This matter is before the Court on Defendant's Motion to have Restitution Order Deferred. The Court has considered Defendant's request and the government's opposition. Defendant's Motion is DENIED for the reasons set forth in the government's Response to the Motion.

SO ORDERED:

Mary M. Lisi
Mary M. Lisi
Chief United States District Judge
May 12, 2008